**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                                Case No. 6:05-cv-1053-Orl-31DAB

**OSCEOLA COUNTY, FLORIDA and**
**DONNA BRYANT, Supervisor of Elections,**

    **Defendants.**
_____

## ORDER

Arturo E. Otero has filed a motion to Intervene as a party defendant in this case (Doc. 20). Mr. Otero, a citizen of Osceola County, seeks to intervene in support of the at-large system of electing members of the Board of County Commissioners. Plaintiff opposes the Motion (Doc. 21).

In light of the fast track schedule imposed by the Court (Doc. 19), Mr. Otero's Motion is untimely. Moreover, he has failed to show that his interest in this litigation may not be represented adequately by the existing Defendants. Accordingly, it is

**ORDERED** that the Motion to Intervene is DENIED, provided, however, Mr. Otero will be permitted to file an *Amicus* brief with the Court in response to the Plaintiff's Motion for Preliminary Injunction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                      GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE