**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                **Case No.  6:05-cv-1053-Orl-31DAB**

**OSCEOLA COUNTY, FLORIDA and**
**DONNA BRYANT, Supervisor of Elections,**

        **Defendants.**
_____

## ORDER

Upon consideration of Plaintiff's Emergency Motion to Compel (Doc. 58), it is

**ORDERED** that said Motion is GRANTED, in part.  Defendant shall have until 5:00 P.M. on August 1, 2006 to further narrow its witness list.  Thereafter, the Court will tax costs (including attorney's fees under Rule 11 and 18 U.S.C. § 1927) for the cost of deposing any witness on Defendant's list who is not called at trial or whose testimony at trial is deemed cumulative or otherwise inadmissable.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 31, 2006.

                                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party